UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>   Plaintiff,<br><br>   v.<br><br>SARATOGA MOTEL, L.P.,<br><br>   Defendant. | Case No. 18-cv-06422 NC<br><br>**ORDER CONTINUING CMC;<br>ORDER TO SHOW CAUSE**<br><br>Hearing: May 8, 2019, 1:00 p.m. |

On April 3, I set a further case management conference for April 24 at 10:00 a.m. and ordered the parties to file a dismissal or status update by April 22. ECF 12. No dismissal was filed. No update was filed. No attorney for either party appeared at the April 24 CMC or filed a motion seeking to continue the hearing.

Consequently, I continue the CMC to May 8 at 1:00 p.m. in San Jose courtroom 5. Any request to appear by telephone must be made by motion filed by May 1. The motion must explain the failure to appear on April 24. If a dismissal is not filed by April 30, then plaintiff must file a status update by May 1. Plaintiff and her counsel are cautioned that a repeated failure to comply with Court deadlines and orders may result in a dismissal of this case for failure to prosecute and a referral of her counsel for investigation by the Standing Committee on Professional Conduct for the Northern District of California under Civil

Local Rule 11-6.

**IT IS SO ORDERED.**

Dated: April 25, 2019

_____
NATHANAEL M. COUSINS
United States Magistrate Judge