UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>SARATOGA MOTEL LP,<br><br>    Defendant. | Case No.18-cv-06422-NC<br><br>**ORDER TO SHOW CAUSE RE: DEFENDANT'S RESPONSE TO MOTION TO ENFORCE**<br><br>Re: Dkt. No. 19 |

On May 14, 2019, plaintiff Theresa Brooke filed a motion to enforce a settlement agreement and for sanctions. *See* Dkt. No. 19; *see also* Dkt. No. 18. Pursuant to the briefing schedule set by the Court, defendant Saratoga Motel LP was required to file its response by May 22, 2019. *See* Dkt. Nos. 18, 20. Saratoga Motel has not filed its response.

Accordingly, the Court ORDERS Saratoga Motel to show cause why it has not responded and to file its response by **May 28, 2019**. The Court also reminds all parties that Brooke's motion is scheduled for a telephonic hearing on **May 29, 2019**, at 1:00 p.m.

**IT IS SO ORDERED.**

Dated: May 24, 2019

_____
NATHANAEL M. COUSINS
United States Magistrate Judge