UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br>　　　　Plaintiff,<br>　　v.<br>SARATOGA MOTEL LP,<br>　　　　Defendant. | Case No.18-cv-06422-NC<br><br>**ORDER TO SHOW CAUSE RE: DEFENDANT'S FAILURE TO APPEAR AND RESPOND**<br><br>Re: Dkt. No. 19 |

Despite the parties' apparent settlement in February 2019 (*see* Dkt. No. 8), this Americans with Disabilities Act ("ADA") lawsuit has languished on this Court's docket for over three months due to the parties' repeated failures to comply with Court orders and appear at hearings.

On April 3, 2019, the Court ordered the parties to file an updated status report or dismiss the case before a follow-up case management conference on April 24, 2019. *See* Dkt. No. 12. Neither party filed a status report nor dismissal. And at the April 24 conference, neither party nor their counsel appeared. *See* Dkt. No. 14. The Court issued an order to show cause warning plaintiff Theresa Brooke and her counsel that further failure to comply with Court deadlines and orders may result in dismissal of this case and referral of counsel for investigation by the Standing Committee on Professional Conduct for the Northern District of California under Civil Local Rule 11-6. *See* Dkt. No. 15.

1  On May 8, 2019, Plaintiff and her counsel satisfied that order to show cause and subsequently filed a motion to enforce the parties' settlement agreement and for sanctions. *See* Dkt. Nos. 18, 19. The Court ordered defendant Saratoga Motel LP to respond to Plaintiff's motion by May 22, 2019, and set the motion for hearing on May 29, 2019. *See* Dkt. No. 20. By May 24, 2019, Defendant had not filed its response and the Court ordered it to show cause why it had not responded. *See* Dkt. No. 21. Defendant failed to respond to that order too. At the May 29, 2019, hearing on Plaintiff's motion, Defendant failed to appear. Defense counsel's office reported that he was not available.

Accordingly, the Court ORDERS Defendant and its counsel to show cause why they failed to appear at the May 29, 2019, hearing and failed to comply with multiple Court orders. Defendant is ORDERED to file a response to this Order and Brooke's motion by **June 7, 2019**. The Court CONTINUES the hearing on Brooke's motion to **June 12, 2019** at 1:00 p.m. Plaintiff may appear by telephone. Defendant's counsel may *not* appear by telephone and is ORDERED to appear in person. Failure to comply with this order may result in referral of Defendant's counsel for investigation by the Standing Committee on Professional Conduct for the Northern District of California under Civil Local Rule 11-6. The Court retains jurisdiction to enforce this Order to Show Cause even if Plaintiff dismisses this lawsuit.

**IT IS SO ORDERED.**

Dated: May 29, 2019

_____
NATHANAEL M. COUSINS
United States Magistrate Judge